IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF MAGISTRATE JUDGE DELUCA'S DOCKET | GENERAL ORDER NO. 2024-01 |
|---|---|

Jacqueline M. DeLuca was appointed as a United States Magistrate Judge on January 16, 2024, replacing Magistrate Judge Cheryl R. Zwart.

IT IS ORDERED that:

1. All pending civil and criminal cases previously assigned to Magistrate Judge Zwart for pretrial management are reassigned to Magistrate Judge DeLuca.

2. All pending criminal cases previously assigned to Magistrate Judge Zwart in a presiding capacity are reassigned to Magistrate Judge DeLuca.

3. Pursuant to General Order 2016-10, parties who have consented to the trial of a civil case before Magistrate Judge Zwart must either file a consent to trial before Magistrate Judge DeLuca or an election for reassignment to a district judge.

4. A copy of this General Order will be filed in all cases reassigned to Magistrate Judge DeLuca in accordance with this General Order.

5. A copy of General Order 2016-10 will be filed in each case in which parties have consented to the trial of a civil case before Magistrate Judge Zwart.

Dated this 16th day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge